616

452 A.2d 58

Commonwealth v. Berman, Appellant.

Submitted December 14, 1981. Vincent A. Couchara, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Horace A. Davenport is affirmed.

452 A.2d 58

Commonwealth v. Brock, Appellant.

Submitted April 28, 1982. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

Order affirmed.